# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUGO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.  2:10-cv-01640-KJD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a Joint Status Report.  The Order (#12) submitting this matter to binding arbitration dated December 14, 2010, required the parties to file a Joint Status Report every 90 days.  To date the parties have not complied.  Accordingly,

　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 31, 2011**.

　　　DATED this 21st day of March, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge