**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LUGO,                      )<br>                                            )<br>              Plaintiff,             )<br>                                            )<br> vs.                                      )<br>                                            )<br>AMERICAN FAMILY MUTUAL INSURANCE )<br>COMPANY,                       )<br>                                            )<br>              Defendants.        )<br>_____) | Case No.  2:10-cv-01640-KJD-GWF<br><br>**ORDER** |

     **IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the private binding arbitration no later than **October 13, 2011**.

     DATED this 3rd day of October, 2011.

                                               _____<br>
                                               GEORGE FOLEY, JR.<br>
                                               United States Magistrate Judge