# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LUGO, ) | |
| Plaintiff, ) | Case No. 2:10-cv-01640-KJD-GWF |
| vs. ) | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ) | |
| Defendants. ) | |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the private binding arbitration no later than **December 16, 2011**.

DATED this 6th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge